THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY NEAL, Defendant-Appellant.

(No. 58137;

First District (3rd Division)—June 28, 1973.

PER CURIAM.

SCHWARTZ, J., took no part.

Edward M. Genson, Sam Adam, and Arnette R. Hubbard, all of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Frederick I. Chaimson, and John Adams, Assistant State's Attorneys, of counsel,) for the People.